FILED

JUN 2 1 2016

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY            acc DEPUTY

1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                  SOUTHERN DISTRICT OF CALIFORNIA

10

11   DENNIS WANGOMBE KARIMI,                    Case No.:   3:16-cv-00137-BEN-JMA

12                              Petitioner,     **ORDER DISMISSING PETITION**

13   v.                                         **FOR WRIT OF HABEAS CORPUS**

14   NANCY L. HEALEY,

15                              Respondent.

16

17          Petitioner Dennis W. Karimi, who was previously confined in The Lacy Facility in

18   Orange County, California, filed a petition for writ of habeas corpus pursuant to 28

19   U.S.C. § 2241 on January 19, 2016, challenging his denial of release from custody. (ECF

20   1.) For the reasons stated below, the Court **DISMISSES** the habeas petition for lack of

21   subject matter jurisdiction and mootness.

22          When Petitioner filed his petition, he was in the custody of U.S. Immigration and

23   Customs Enforcement in Orange County, California, located in the Central District of

24   California. Because Petitioner was not confined in the Southern District of California

25   when he filed the writ, this Court does not have subject matter jurisdiction over this

26   habeas corpus proceeding. *See* 28 U.S.C. § 2241(d). Furthermore, since commencing his

27   action, Petitioner has been released on an order of supervision. (Docket No. 5, Ex. 1.)

28   Because Petitioner was granted the release that he sought, his removal from custody

1   renders the habeas petition moot. *Abdala v. INS*, 488 F.3d 1061, 1064-65 (9th Cir. 2007)

2   ("[A] petitioner's release from detention under an order of supervision 'moot[ed] his

3   challenge to the legality of his extended detention.'" (citing other source)).

4          Therefore, this petition is **DISMISSED.**

5          **IT IS SO ORDERED.**

6

7   Dated: June 21, 2016

8                                                    HON. ROGER T. BENITEZ
                                                     United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2